AUSA

FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Yadira Lizethe CARDENAS-Lopez, <br><br> Defendant. | Magistrate Case No.: <br><br> **'08 MJ 8736** <br><br> COMPLAINT FOR VIOLATION OF <br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about August 17, 2008, within the Southern District of California, defendant Yadira Lizethe CARDENAS-Lopez did knowingly and intentionally import approximately 18.18 kilograms (40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Sara Galvan, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 18th DAY OF AUGUST 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
            v.
Yadira Lizethe CARDENAS-Lopez

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Sara Galvan.

On August 17, 2008, at approximately 1818 hours, Yadira Lizethe CARDENAS- entered the United States from Mexico at the Calexico, CA West Port of Entry. CARDENAS was the driver and registered owner of a 1998 Mercury Grand Marquis bearing Baja California license plate AJA7895.

Customs and Border Protection Officer (CBPO) D. Pizano was assigned primary inspectional duties at the Calexico West Port of Entry. CBPO Pizano received a negative Customs declaration from CARDENAS. CBPO Pizano asked CARDENAS where she was going and she stated she was going to Wal-Mart in Calexico, CA. CBPO Pizano referred the vehicle to secondary for a more intensive inspection.

While in secondary, CBPO J. Esparza received a negative Customs declaration from CARDENAS. CBPO Esparza asked CARDENAS where she was going and stated she was going to Wal-Mart in Calexico, CA. CBPO Esparza conducted a thorough search of the vehicle, which revealed several packages in a non-factory compartment in all four doors of the vehicle. CBPO Esparza extracted a total of ten (10) packages from the compartments. CBPO Esparza randomly probed a package that produced a green leafy substance that tested positive for marijuana. The total weight of the packages was 18.18 kilograms (40 pounds) of marijuana.

CARDENAS was placed under arrest and advised of her rights per Miranda, which she acknowledged and waived, agreeing to answer questions without the presence of an attorney. CARDENAS stated she knew of the presence of marijuana and if successful in her smuggling the marijuana she would receive $3,000.00 in United States dollars.